UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ANGELA PALUMBO,                                                :
                                    Plaintiff,                 :
                                                               :    21 Civ. 1726 (LGS)
                  -against-                                    :
                                                               :    ORDER
FASHION INSTITUTE OF TECHNOLOGY, et al.:
                                    Defendants.                :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Court's March 12, 2021, Order directed Defendants to file any pre-motion letter in anticipation of a motion to dismiss the First Amended Complaint by April 8, 2021, and Plaintiff to file a responsive letter by April 15, 2021.  Dkt. No. 14.

    WHEREAS, Defendants filed a pre-motion letter in anticipation of a motion to dismiss the First Amended Complaint (Dkt. No. 16), but Plaintiff did not file a responsive letter.  It is hereby

    **ORDERED** that, by **April 20, 2021**, Plaintiff shall file a responsive letter.

Dated: April 16, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE