UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA PALUMBO,

                       Plaintiff,

          -against-

FASHION INSTITUTE OF TECHNOLOGY, et al.,

                       Defendants.
------------------------------------------------------------X

21 Civ. 1726 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge et al.:

    WHEREAS, an initial pretrial and pre-motion conference is scheduled for April 29, 2021, at 10:40 a.m.  Dkt. No. 21.  It is hereby

    **ORDERED** that the initial pretrial and pre-motion conference is **ADJOURNED to April 29, 2021, at 11:05 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 26, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE