```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ANGELA PALUMBO,                                           :
                                      Plaintiff,            :
                                                            :    21 Civ. 1726 (LGS)
                    -against-                               :
                                                            :            ORDER
  FASHION INSTITUTE OF TECHNOLOGY,                          :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge et al.:

      WHEREAS, on August 19, 2021, Plaintiff filed a pre-motion letter requesting a 45-day extension of fact discovery.  Dkt. No. 35.

      WHEREAS, on August 20, 2021, Defendant filed a pre-motion letter in anticipation of a motion to compel Plaintiff to appear for a deposition and a motion to impose sanctions for Plaintiffs' failure to appear for her deposition on August 20, 2021.  Dkt. No. 36.  It is hereby

      **ORDERED** that the parties' deadline to complete fact discovery is extended to **October 4, 2021**.  It is further

      **ORDERED** that by **August 25, 2021**, Defendant shall inform Plaintiff in writing whether there are any further documents outstanding and to be produced.  It is further

      **ORDERED** that by **August 30, 2021**, the parties shall file a joint letter with dates certain for any remaining depositions.  The parties also shall raise any objections to the depositions occurring either remotely or in-person at that time.  It is further

      **ORDERED** that Defendant's motion to compel Plaintiff to appear for a deposition and Defendant's motion for sanctions is denied without prejudice to renewal after the parties meet and confer.

      A civil case management plan and scheduling order setting a discovery schedule will

issue separately.  The Clerk of Court is respectfully directed to close the motions at Docket Nos. 35 and 36.

Dated: August 23, 2021
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**