UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA PALUMBO,
                       Plaintiff,

              -against-

FASHION INSTITUTE OF TECHNOLOGY,
et al.,
                     Defendants.
------------------------------------------------------------X

21 Civ. 1726 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial Civil Case Management Plan and Scheduling Order set a pre-motion conference in this matter for September 16, 2021, at 10:40 a.m.  (Dkt. No. 23.)

WHEREAS, on August 24, 2021, the Court entered an Amended Civil Case Management Plan and Scheduling Order, which adjourned the pre-motion conference to October 21, 2021, at 10:40 a.m.  (Dkt. No. 38.)  It is hereby

**ORDERED** that the conference on the Court's calendar for September 16, 2021 is **CANCELED**.  The parties are directed to consult the Amended Civil Case Management Plan and Scheduling Order for any future deadlines and/or conference dates.  (Dkt. No. 38)

Dated: September 14, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**