UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA PALUMBO,
                              Plaintiff,

                        21 Civ. 1726 (LGS)

           -against-

                        ORDER

FASHION INSTITUTE OF TECHNOLOGY,
et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 14, 2021, the Court held a status conference to discuss Defendants' Motion to Dismiss and the parties' pre-motion letters on Defendants' anticipated motion for summary judgment. It is hereby

      **ORDERED** that the parties shall engage in good faith efforts to settle this case and, by **October 21, 2021**, shall file a letter advising the Court whether they prefer the assistance of Magistrate Judge Cave, the Court-annexed Mediation Program or a private mediator to be retained by the parties. It is further

      **ORDERED** that the pre-motion conference scheduled for October 21, 2021, at 10:40 a.m. (Dkt. No. 38) is **CANCELLED.**

Dated: October 14, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE